# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAYLOR AMBROSE,<br><br>    Plaintiff,<br><br>    v.<br><br>US MED-EQUIP, LLC,<br><br>    Defendant. | Case No. 1:23-cv-00114-SAB<br><br>ORDER RE: STIPULATED MOTION TO FILE AMENDED COMPLAINT<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 3, 6) |

    Plaintiff Taylor Ambrose ("Plaintiff") initiated this putative class action on January 26, 2023. (ECF No. 1.) Defendant answered the complaint on March 30, 2023. (ECF No. 5.) The initial scheduling conference is currently set for May 9, 2023. (ECF No. 3.)

    On April 12, 2023, the parties filed a stipulated motion for leave to amend the complaint to permit Plaintiff to allege an additional cause of action for penalties pursuant to PAGA and other provisions of the California Labor Code. (ECF No. 6.) The Court is satisfied that good cause exists to grant the parties' requested relief and shall continue the date of the scheduling conference.

    Accordingly, good cause appearing and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

    1.    The stipulated motion for leave to file an amended complaint (ECF No. 6) is GRANTED;

1

2. The proposed first amended complaint attached as **Exhibit A** (ECF No. 6 at 6–41) is DEEMED FILED;

3. Defendant's response to the first amended complaint shall be filed no later than **May 15, 2023**;

4. The scheduling conference set for May 9, 2023, is CONTINUED to **June 13, 2023, at 1:30 p.m.**; and

5. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **April 13, 2023**

UNITED STATES MAGISTRATE JUDGE

2