1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15
16

| | |
|---|---|
| TAYLOR AMBROSE, | Case No. 1:23-cv-00114-SAB |
| Plaintiff, | ORDER VACATING ALL DATES AND DEADLINES PURSUANT TO JOINT STATUS REPORT, ORDERING DISPOSITIONAL DOCUMENTS |
| v. | |
| US MED-EQUIP, LLC, | (ECF No. 14) |
| Defendant. | **DEADLINE: NOVEMBER 17, 2023** |

17    Plaintiff initiated this putative class action on January 26, 2023.  (ECF No. 1.)  On June

18    13, 2023, the Court issued a scheduling order in this matter, which set a phased approach to the

19    litigation.  (ECF No. 11.)  As relevant here, the parties agreed to complete initial disclosures by

20    August 11, 2023.  (Id.)  On August 11, 2023, the parties filed a joint stipulation to continue the

21    initial disclosures deadline to December 15, 2023, to allow the parties to schedule and participate

22    in a mediation which was to be held no later than November 28, 2023.  (ECF No. 12.)  On August

23    14, 2023, the Court granted the parties' request and extended the deadline for initial disclosures to

24    December 14, 2023, and ordered the parties to submit a joint report as to the status of mediation

25    either within fourteen (14) days of completion or no later than December 12, 2023.  (ECF No.

26    13.)

27    On October 27, 2023, the parties filed a joint status report as to the status of mediation.

28    (ECF No. 14.)  The filing indicates that the parties participated in a mediation on October 12,

1   2023, but were unable to settle the matter.  (<u>Id.</u> at 2.)   However, the parties represent they

2   subsequently reached a settlement agreement on October 17, 2023.  (<u>Id.</u>)  The joint status report

3   does not specify whether the settlement pertains only to Plaintiff Taylor Ambrose's claims or if

4   the class settled.  Because the parties proffer they have reached an agreement to settle this matter

5   "in its entirety," the Court presumes the class has settled.  (<u>Id.</u>)  The parties explain they are

6   "currently cooperating in preparing the settlement agreement and accompanying documents" and

7   anticipate making the necessary filings in furtherance of settlement with this Court by or before

8   December 29, 2023.  (<u>Id.</u>)  The Court construes this to mean the parties are preparing to file a

9   motion for approval of class action settlement by or before December 29, 2023.

10          The Court construes the parties' representations in the joint status report as a notice of

11   settlement and finds good cause to extend the deadline to file a motion for approval of class

12   action settlement to December 29, 2023.  <u>See</u> L.R. 160(b) ("[T]he Court shall fix a date upon

13   which the documents disposing of the action or motion must be filed, which date shall not be

14   more than twenty-one (21) days from the date of said notification, absent good cause.").

15          Accordingly, IT IS HEREBY ORDERED that:

16          1.      All pending dates and matters are VACATED; and

17          2.      The parties shall file a motion for approval of class action settlement on or before

18                  December 29, 2023.

19

20   IT IS SO ORDERED.

21   Dated:   **October 30, 2023**
                                           _____
22                                         UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

2