1  Ryan L. Eddings, Bar No. 256519
   reddings@littler.com
2  Annureet K. Bezwada, Bar No. 297883
   abezwada@littler.com
3  LITTLER MENDELSON, P.C.
   5200 North Palm Avenue
4  Suite 302
   Fresno, California  93704.2225
5  Telephone:    559.244.7500
   Fax No.:      559.244.7525
6
   Attorneys for Defendant
7  US MED-EQUIP, LLC

8  Jonathan Melmed (SBN 290218)
   jm@melmedlaw.com
9  Megan E. Ross (SBN 227776)
   megan@melmedlaw.com
10 Hannah Becker (SBN 345452)
   hb@melmedlaw.com
11 Melmed Law Group P.C.
   1801 Century Park East, Suite 850
12 Los Angeles, California 90067
   Phone: (310) 824-3828
13 Fax: (310) 862-6851

14 Attorneys for Plaintiff, the Putative Class, and the
   Aggrieved Employees
15

16                    UNITED STATES DISTRICT COURT

17                    EASTERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| 19  TAYLOR AMBROSE, an individual, on behalf of herself and all others similarly situated, | Case No. 1:23-cv-00114-SAB |
| 20              Plaintiff, | **JOINT REQUEST FOR DISMISSAL OF CLASS CLAIMS** |
| 21       v. | |
| 22  US MED-EQUIP, LLC, a Texas Limited Liability Company; and DOES 1 to 50, | STANLEY A. BOONE U.S. MAGISTRATE JUDGE |
| 23              Defendants. | |

**JOINT REQUEST FOR DISMISSAL OF CLASS CLAIMS**

Plaintiff Taylor Ambrose and Defendant US MED-EQUIP, LLC, by and through their counsel of record, hereby request that Plaintiff's class claims be dismissed without prejudice. The Parties do not intend to dismiss Plaintiff's individual or PAGA representative claims by way of this joint request.

No consideration was exchanged for the dismissal of Plaintiff's class claims. No notices were mailed to the similarly situated employees nor has there been any form of advertising disseminated. No class has been certified in this matter, and no motions to certify a class have been filed. No person not named in this lawsuit is bound by this dismissal.

Based on upon the foregoing, the Parties respectfully request that the Court grant the request for the dismissal of class action claims without prejudice.

Dated: November 6, 2023     MELMED LAW GROUP, P.C.

_____
Jonathan Melmed
Megan E. Ross
Hannah Becker

Attorneys for Plaintiff
TAYLOR AMBROSE

Dated: November 6, 2023     LITTLER MENDELSON, P.C.

_____
Ryan L. Eddings
Annureet K. Bezwada

Attorneys for Defendant
US MED-EQUIP, LLC