## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                       **JUDGMENT IN A CIVIL CASE**

**TAYLOR AMBROSE,**

                                       CASE NO: **1:23–CV–00114–SAB**

          v.

**US MED–EQUIP, LLC,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 1/26/2024**

                                                      **Keith Holland**
                                                      Clerk of Court

ENTERED: **January 26, 2024**

                                   by: /s/ O. Rivera
                                             Deputy Clerk